

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Rachel Lynn Howell, Appellant

No. 06-16-00173-CR          v.

The State of Texas, Appellee

Appeal from the County Court at Law of Rockwall County, Texas (Tr. Ct. No. CR14-1043). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Rachel Lynn Howell, pay all costs of this appeal.

RENDERED NOVEMBER 29, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk